1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:00CR5204 AWI |
|---|---|
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| ROMEL OJEDA-BELTRAN | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss without prejudice the indictment against ROMEL OJEDA-BELTRAN in the interest of justice. See attached Report of Investigation from the U.S. Marshals Service indicating the death of defendant in 2009.

Dated: June 10, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney

Motion to Dismiss                   1

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN P. ROONEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMEL OJEDA-BELTRAN<br><br>Defendant. | CASE NO. 1:00CR5204 AWI<br><br>ORDER |

**ORDER**

IT IS HEREBY ORDERED in the interest of justice that the indictment against ROMEL OJEDA-BELTRAN be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   June 11, 2013                                 _____
                                                                         SENIOR  DISTRICT  JUDGE

Motion to Dismiss                                                       2